Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−19615−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rebecca Lynn Winkler
   6136 Harvey Avenue
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−2902

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2020.

Dated: December 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19615-ABA

Rebecca Lynn Winkler  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Dec 10, 2020  Form ID: plncf13  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn Winkler, 6136 Harvey Avenue, Merchantville, NJ 08109-5313 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518928352 | | ABC Bail Bonds, Inc, 434 Dr. Martin Luther King Boulevard, Camden, NJ 08102 |
| 518928364 | + | ABC Bail Bonds, Inc., Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518928354 | + | Ars Account Resolution, 1643 Nw 136th Ave Ste 10, Sunrise, FL 33323-2857 |
| 518928360 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518994583 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518954076 | | Emergency Physician Associate of South Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518928362 | + | Emergency Physicians Assoc of SJ, 307 South Evergreen Avenue, Woodbury, NJ 08096-2739 |
| 518928363 | | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 518928365 | + | Morgan, Bornstein & Morgan; Attn: Kristen Sin, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518928366 | + | Rochelle Winkler, 3001 Route 130 S, Apt 62L, Delran, NJ 08075-2705 |
| 518928367 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 10 2020 23:46:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518993762 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2020 23:42:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518928356 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:50:04 | Capital One Bank Usa NA, 15000 Capital One Dr, Richmond, VA 23238 |
| 518928355 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Dec 10 2020 23:42:45 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 518934583 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 10 2020 23:50:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518937819 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 10 2020 23:50:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518956488 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 23:50:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518928357 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:46:03 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518928359 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

|  | Dec 10 2020 22:23:00 | Comenity/Victoria's Secret, 220 W Schrock Rd, Westerville, OH 43081-2873 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518928358 |  | Cb/Vicscrt |
| 518928361 |  | Dsnb Macys |
| 518928353 | * | ABC Bail Bonds, Inc., 434 Dr. Martin Luther King Boulevard, Camden, NJ 08102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex Flynn | on behalf of Debtor Rebecca Lynn Winkler rflynnlawllc@gmail.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Robert Davidow | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7