Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

>                    Case No.:  20−19615−ABA
>                    Chapter:  13
>                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rebecca Lynn Winkler
    6136 Harvey Avenue
    Merchantville, NJ 08109

Social Security No.:
    xxx−xx−2902

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 26, 2023

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court