UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FLYNN & ASSOCIATES, LLC
Richard M. Flynn, Esq. (3431978)
Alex Flynn, Esq. (196302016)
439 Monmouth Street
Gloucester City, NJ 08030
856-456-3535 P
856-456-7641 F
Rflynnlawllc@gmail.com
*Attorneys for Debtor, Rebecca Lynn Winkler*

Order Filed on February 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

REBECCA LYNN WINKLER,

DEBTOR

Case No.: 20-19615-ABA *(handwritten correction: 20-19615)*

Chapter: Thirteen

Hearing Date: February 27, 2024

Judge: Hon. Andrew B. Altenburg, Jr.

### ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page is **ORDERED.**

**DATED: February 27, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Doc ID: d8cc5c3ce003705666e7ed38a1f68d2c2efbe418

Debtor: **Rebecca Lynn Winkler**
Case No.: ~~20-19516-ABA~~ 20-19615 ABA
Caption of Order: **ORDER GRANTING MOTION TO REOPEN**

---

The Court, having reviewed the Debtor's Motion to Reopen, and any related responses or objections, it is hereby

ORDERED that:

1. This case is reopened. Debtor/Debtor's counsel shall file Debtor's Certification in Support of Discharge within __7__ days.

2. ____ A Trustee shall be appointed

   __X__ A Trustee shall not be appointed.

3. The case shall be reviewed within ____ days for closing eligibility. The case may be closed upon entry of the discharge.

The Debtor shall serve this Order on any trustee and all parties who entered an appearance on this motion.

Doc ID: d8cc5c3ce003705666e7ed38a1f68d2c2efbe418