| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re:<br>Rebecca Lynn Winkler,<br>Debtor |

Case No.: 20-19615-ABA

Chapter: 13

Judge: Hon. Altenburg, Jr.

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Rebecca Lynn Winkler, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 02 / 01 / 2024

/s/ Rebecca L. Winkler
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*

Doc ID: d8cc5c3ce003705666e7ed38a1f68d2c2efbe418