Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.: 20−19615−ABA
                  Chapter: 13
                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rebecca Lynn Winkler
   6136 Harvey Avenue
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−2902

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 29, 2024</u>                <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court