UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FLYNN & ASSOCIATES, LLC
Richard M. Flynn, Esq. (3431978)
Alex Flynn, Esq. (196302016)
439 Monmouth Street
Gloucester City, NJ 08030
856-456-3535 P
856-456-7641 F
Rflynnlawllc@gmail.com
*Attorneys for Debtor, Rebecca Lynn Winkler*

In Re:

REBECCA LYNN WINKLER,

DEBTOR

Case No.: 20-19615-ABA

Chapter: Thirteen

Hearing Date: February 27, 2024

Judge: Hon. Andrew B. Altenburg, Jr.

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page is **ORDERED.**

**DATED: February 27, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Doc ID: d8cc5c3ce003705666e7ed38a1f68d2c2efbe418

Debtor:         Rebecca Lynn Winkler
Case No.:       ~~20-19516-ABA~~ 20-19615 ABA
Caption of Order: **ORDER GRANTING MOTION TO REOPEN**

---

The Court, having reviewed the Debtor's Motion to Reopen, and any related responses or objections, it is hereby

ORDERED that:

1. This case is reopened. Debtor/Debtor's counsel shall file Debtor's Certification in Support of Discharge within __7__ days.

2. ____ A Trustee shall be appointed

   __X__ A Trustee shall not be appointed.

3. The case shall be reviewed within ____ days for closing eligibility. The case may be closed upon entry of the discharge.

The Debtor shall serve this Order on any trustee and all parties who entered an appearance on this motion.

Doc ID: d8cc5c3ce003705666e7ed38a1f68d2c2efbe418

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 20-19615-ABA
Rebecca Lynn Winkler     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Lynn Winkler, 6136 Harvey Avenue, Merchantville, NJ 08109-5313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alex Flynn | on behalf of Debtor Rebecca Lynn Winkler rflynnlawllc@gmail.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 28, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6